No. 96–8638.   ROBINSON v. BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER.   C. A. 9th Cir.   Certiorari denied.

No. 96–8649.   WALKER v. KENTUCKY DEPARTMENT OF CORRECTIONS.   Ct. App. Ky.   Certiorari denied.

No. 96–8660.   NELSON v. STRAWN ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 96–8674.   MICKENS v. VIRGINIA.   Sup. Ct: Va.   Certiorari denied.

No. 96–8724.   MUNDY v. DUPREE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 96–8746.   GARZA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 96–8780.   ORNELAS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 96–8798.   DOMINGUEZ v. HENRY, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 96–8821.   KIDD v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 96–8825.   McAFFEE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 96–8860.   UKANDU v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 96–8864.   TROTTER v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 96–8871.   RODEA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 96–8878.   McMULLEN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.